appeals' Judgment Entry filed February 12, 2003:

"On December 30, 2002, appellant filed a motion pursuant to App.R. 25(A) and asked us to certify a conflict between our decision in the case sub judice and the decision in [*State v.*] *Lehman* [(Feb. 4, 2000), Lucas App. No. L–99–1140, 2000 WL 125795]. Appellant's motion is well taken. We find these two cases are in conflict and that conflict is on the question of whether a trial court may impose consecutive six-month sentences under R.C. 2929.16(A)(1) for multiple offenses."

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

Sua sponte, cause consolidated with 2003–0249, *State v. Barnhouse,* Athens App. No. 02CA22, 2002-Ohio-7082.

### 2003–0324.   Millonzi v. Perram Elec., Inc.

Lake App. Nos. 2001–L–109, 2001–L–110, and 2001–L–111, 2002-Ohio-7340. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0321, *Millonzi v. Perram Elec., Inc.,* Lake App. Nos. 2001–L–109, 2001–L–110, and 2001–L–111, 2002-Ohio-7340; causes held for the decision in 2002–1349, *Hooten v. Safe Auto Ins. Co.,* Hamilton App. No. C–010576; and briefing schedule stayed.

F.E. SWEENEY, J., dissents.

### 2003–0334.   State v. Tabbaa.

Cuyahoga App. No. 81410, 151 Ohio App.3d 353, 2003-Ohio-299. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed February 7, 2003:

"Motion by appellant to certify a conflict is granted. This court's decision in *State v. Tabbaa,* Cuyahoga App. No. 81410, 2003-Ohio-299, is in conflict with *State v. Yuen,* Franklin App. No. 01AP–1410, 2002-Ohio-5083. The following question is certified:

"In considering a case involving delay in filing a motion to withdraw a guilty plea pursuant to R.C. 2943.031, does the court have discretion to deny the motion by reading a timeliness requirement into R.C. 2943.031 (as the Ohio Supreme Court did in *State v. Bush,* 96 Ohio St.3d 235, 2002-Ohio-3993, regarding a Crim.R. 32.1 motion), or, is the trial court without discretion and therefore required to set aside the guilty plea and conviction as the court held in *State v. Yuen?*"

F.E. SWEENEY, J., dissents.

### 2003–0415.   Poulton v. Am. Economy Ins. Co.

Stark App. Nos. 2002CA00038 and 2002CA00061, 2002-Ohio-7214. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0258, *Poulton v. Am. Economy Ins. Co.,* Stark App. Nos. 2002CA00038 and 2002CA00061, 2002-Ohio-7214; causes held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson,* Wayne App. No. 01CA0046 and 01CA0047, 2002-Ohio-3404; and briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

### 2003–0430.   Greene v. Westfield Ins. Co.

Stark App. No. 2002CA00126, 2002-Ohio-7210. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0195, *Greene v. Westfield Ins. Co.,* Stark App. No. 2002CA00126, 2002-Ohio-7210; causes held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule stayed.

F.E. SWEENEY, J., dissents.

### 2003–0433.   DAK PLL v. Franklin Cty. Bd. of Revision.

Board of Tax Appeals, No. 2002–A–1940. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

### 2003–0434.   DAK PLL v. Franklin Cty. Bd. of Revision.

Board of Tax Appeals, No. 2002–A–1933. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.